ACCEPTED
03-14-00697-CV
5367083
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 4:56:03 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-14-00697-CV
IN THE THIRD COURT OF APPEALS
STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 4:56:03 PM
JEFFREY D. KYLE
Clerk

| | |
|---|---|
| PAMELA MEHL, | § |
| | § |
| Appellant, | § |
| | § |
| v. | § |
| | § |
| DAVID STERN, | § |
| | § |
| Appellee. | § |

## APPELLANT'S MOTION FOR LEAVE TO FILE AMENDED BRIEF

On Appeal from Cause No. D-1-GN-14-002071
In the 250th Judicial District Court
Travis County, Texas

TO THE HONORABLE THIRD DISTRICT COURT OF APPEALS:

**COMES NOW,** Appellant Pamela Mehl (hereinafter "Appellant") and file this Motion for Leave to File Amended Brief, and in support thereof would respectfully show this Court as follows:

1.  Appellant's Notice of Restricted Appeal was timely filed on November 4, 2014.

2.  On January 12, 2015, an incomplete clerk's record was filed with the Court in this cause.

APPELLANT'S MOTION FOR LEAVE
TO FILE AMENDED BRIEF

3. Appellant timely filed an Appellate Brief on March 23, 2015 utilizing the incomplete clerk's record.

4. On March 26, 2015, pursuant to Rule 34 of the Texas Rules of Appellate Procedure, Appellant sent a letter to the Travis County District Clerk requesting that a supplemental clerk's record be filed with the Court in this cause. TEX. R. APP. P. 34.5(c)(1).

5. On April 9, 2015, a complete supplemental clerk's record from the Travis County District Clerk was filed with the Court in this cause.

6. The Court has the authority under Rule 38 of the Texas Rules of Appellate Procedure to afford Appellant leave of Court to file an amended brief. TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe.").

7. In the interest of justice, good cause exists to grant Appellant's Motion for Leave to File Amended Brief for the following reasons:

(a) The clerk's record filed on January 12, 2015 was incomplete and omitted relevant evidence in the record that supports Appellant's substantive claims raised in her original brief;

(b) The supplemental clerk's record filed on April 9, 2015 contains the relevant evidence in the record previously omitted that supports Appellant's substantive claims raised in her original brief; and

(c) Through no fault of the Appellant, the supplemental clerk's record filed on April 9, 2015 was not available to the Court or Appellant prior to filing her original brief on March 23, 2015.

(d) The necessity of a complete clerk's record is of particular import in this case since, as a restricted appeal, this Court's determination of Appellant's claims is limited to a review of the face of the record.

**NOW, THEREFORE,** in the interests of justice and in light of the above, Appellant respectfully prays that the Court grant this Motion for Leave to File Amended Brief, and afford such other and further relief to which Appellant may be justly entitled.

Respectfully submitted,

THE LEFLER LAW FIRM
1530 Sun City Blvd, Ste 119
Austin, Texas 78633
T (512) 869-2579
F (866) 583-7294

SANDRA M. LEFLER
State Bar No. 12161040
slefler@leflerlegal.com

LEAD COUNSEL FOR APPELLANT

APPELLANT'S MOTION FOR LEAVE
TO FILE AMENDED BRIEF

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with counsel for Appellee by telephone and by email exchanges on April 13, 2015, and Appellee has no opposition to this Motion. However, the parties reached an agreement that Appellee would have a period of 30 days from the date of Appellant's filing of its amendment to its Brief.

_____
SANDRA M. LEFLER

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2015, Appellant served Appellee with a true and correct copy of the foregoing Appellant's Motion for Leave to File Amended Brief to the following:

Brent Allen Devere
Devere Law Firm
1411 West Avenue, Ste 200
Austin, Texas 78701
bdevere@1411west.com

_____
SANDRA M. LEFLER